# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,               )
                                        )
              Plaintiff                 )     CRIMINAL NO. _07 CR 2862-L_
                                        )
                                        )              ORDER
        vs.                             )
                                        )     RELEASING MATERIAL WITNESS
                                        )
  Mark Albert Rega                      )
                                        )     Booking No.
              Defendant(s)              )
_____)

On order of the United States District/Magistrate Judge. Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jonathon Moran-Rocha

DATED: 10/16/07

                                   Ruben B. Brooks
                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED                                    OR
              DUSM

                        W. SAMUEL HAMRICK, JR.    Clerk

                        by
                                        Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                ✩ U.S. GPO: 2003-581-774/70062