

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Criminal Case No. 07CR2862-L |
| ) | |
| Plaintiff,  ) | **I N F O R M A T I O N** |
| ) | |
| v.  ) | Title 8, U.S.C., |
| ) | Secs. 1324(a)(1)(A)(ii) and |
| MARK ALBERT REGA,  ) | (v)(II) - Transportation of |
| ) | Illegal Aliens and Aiding and |
| Defendant.  ) | Abetting |
| ) | |

The United States Attorney charges:

On or about September 28, 2007, within the Southern District of California, defendant MARK ALBERT REGA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jonathon Moran-Rocha, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 10/16/07.

KAREN P. HEWITT
United States Attorney

for DAVID D. LESHNER
Assistant U.S. Attorney

DDL:rp:San Diego
10/4/07