```
 1  SHAFFY MOEEL
    California State Bar No. 238732
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, CA 92101-5008
    Telephone: (619) 234-8467
 4  shaffy_moeel@fd.org

 5  Attorneys for Mr. Rega
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR2862-MJL |
| Plaintiff, ) | |
| v. ) | JOINT MOTION TON CONTINUE HEARING |
| **MARK REGA**, ) | |
| Defendant. ) | |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Shaffy Moeel, and Federal Defenders of San Diego, counsel for Mr. Rega, along with Assistant United States Attorney Randy Jones, that the sentencing hearing in the above-mentioned case should be continued from January 28, 2008 at 8:30 a.m. until March 3, 2008 at 8:30 a.m.

**SO STIPULATED.**

Dated: January 23, 2008        /s/ Shaffy Moeel
                               SHAFFY MOEEL
                               Federal Defenders of San Diego, Inc.
                               Attorneys for Mr. Rega

Dated: January 23, 2008        /s/ Randy Jones
                               RANDY JONES
                               Assistant United States Attorney

07CR2862

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Thomas G Gilmore**
tgglaw@sbcglobal.net

**Randy Jones**
Randy.Jones@usdoj.gov

Dated: January 23, 2008                             /s/ Shaffy Moeel
                                                    SHAFFY MOEEL
                                                    Federal Defenders of San Diego, Inc.
                                                    225 Broadway, Suite 900
                                                    San Diego, CA 92101-5030
                                                    (619) 234-8467  (tel)
                                                    (619) 687-2666  (fax)
                                                    e-mail: Shaffy_Moeel@fd.org

07CR2862