UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR2862-MJL |
| Plaintiff, | ) | |
| v. | ) | ORDER TO CONTINUE SENTENCING HEARING |
| MARK REGA, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, that the sentencing hearing in the above-mentioned case, for Mr. Rega, who is in custody, be continued from January 28, 2008, at 8:30 a.m. until March 3, 2008 at 8:30 a.m. as stipulated and agreed upon by all parties.

**IT IS SO ORDERED.**

DATED: January 25, 2008

_____
M. James Lorenz
United States District Court Judge